UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 20-CR-83(1) (MJD/DTS)

United States of America,

        Plaintiff,              **DEFENDANT'S MOTION FOR REVIEW OF THE PRETRIAL RELEASE ORDER AND TO RELEASE THE DEFENDANT CONDITIONALLY**

vs.

Javier Silva-Figuero,

        Defendant.

The Defendant, Javier Silva-Figuero, by and through his attorney, Andrew S. Garvis, Koch & Garvis, LLC, and pursuant to 18 U.S.C.§ 3145(b) and Fed. R. Crim. P. 46 moves this court to review the detention order of Magistrate Judge Tony Leung *de novo* and find that the rebuttable presumption under 18 U.S.C. §3142(e)(3)(A) has been rebutted and that there are conditions that can be imposed on Mr. Silva-Figuero that will protect the public and assure his attendance at future court hearings. This Motion is based on the files, records and proceedings herein, as well as the argument of counsel at the hearing of said Motion.

          Respectfully submitted,

          KOCH AND GARVIS, LLC

Dated: September 15, 2020          s/ *Andrew S. Garvis*
          Andrew S. Garvis, Att'y No. 257989
          3109 Hennepin Avenue South
          Minneapolis, MN 55408
          612-827-8101
          andrew@uptownlawyer.com
          Attorney for Def. Silva-Figuero